UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLOTTE TANNER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LIFE STORAGE, INC., MARK G. BARBERIO, JOSEPH V. SAFFIRE, DANA HAMILTON, SUSAN HARNETT, ARTHUR L. HAVENER, JR., EDWARD PETTINELLA, DAVID L. ROGERS, and STEPHEN R. RUSMISEL,<br><br>　　　　　　Defendants. | Case No.: 1:23-cv-04728<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>**MEMO ENDORSED** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Charlotte Tanner ("Plaintiff") voluntarily dismisses her claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: July 31, 2023

　　　　　　　　　　　　　　　BRODSKY & SMITH

　　　　　　　　　　　　　By: *Evan J. Smith*
　　　　　　　　　　　　　　　Evan J. Smith
　　　　　　　　　　　　　　　240 Mineola Boulevard
　　　　　　　　　　　　　　　Mineola, NY  11501
　　　　　　　　　　　　　　　Phone:  (516) 741-4977
　　　　　　　　　　　　　　　Facsimile (561) 741-0626

　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated: August 1, 2023
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE